IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOSEPH DINGLER,        ) | |
| Plaintiff,        ) | |
| v.                                   ) | No. 3:12-CV-455-M |
|                                       ) | |
| EQUIFAX, ET AL.,        ) | |
| Defendants.        ) | |

## ORDER

On April 27, 2012, Plaintiff filed an amended complaint. The Court therefore VACATES its April 11, 2012, Findings, Conclusions and Recommendation.

On April 27, 2012, Plaintiff filed a motion for appointment of counsel. A plaintiff in a civil action is not entitled to court appointed counsel as a matter of right. *Lopez v. Reyes*, 692 F.2d 15, 17 (5th Cir. 1982). Rather, the decision whether to appoint counsel for an indigent litigant rests within the sound discretion of the trial court. *See* 28 U.S.C. § 1915(e)(1). In this case, the complaint has not been served on Defendants. The Court therefore denies the motion as premature.

IT IS SO ORDERED.

SIGNED this 21st day of May, 2012.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE