IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH DINGLER, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:12-CV-455-M |
| | ) | |
| EQUIFAX, ET AL., | ) | |
| Defendants. | ) | |

**ORDER**

The Plaintiff filed objections on June 24, 2012, and after making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are accepted as the findings and conclusions of the Court.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

(1)  Plaintiff's Fair Credit Reporting Act claims against Defendants Experian, Equifax and Transunion shall proceed and process shall be issued as to these Defendants;

(2)  Plaintiff's remaining claims are dismissed with prejudice;

(3)  The United States Marshals Service shall serve process on (1) Defendant Experian at 5909 Peachtree Dunwood Rd NE #100, Altlanta, GA, 30328; (2) Defendant Equifax at 1100 Abernathy Rd NE #300, Atlanta, GA, 30328, and (3) Defendant Transunion at 3390 Peachtree Rd NE #1700, Atlanta, GA, 30326.

(4)  The Clerk shall transmit a true copy of this Order to Plaintiff.

(5)  The Clerk of the Court shall issue summons and refer this case to Magistrate Judge Stickney for further proceedings.

Signed this 5th day of September, 2012.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS