UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOSEPH DINGLER,             § | |
|     Plaintiff,           § | |
| § | |
| v.                          § | Civil Action No. 3:12-CV-455-M (BF) |
| § | |
| EQUIFAX INFORMATION SERVICES, § | |
| L.L.C., et al.,             § | |
|     Defendants.         § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. Objections were filed on March 20, 2014. The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection, though untimely, was made. The objections are overruled on their merits.

**IT IS THEREFORE ORDERED** that Defendants' Motion for Summary Judgment [D.E. 52] is GRANTED and Plaintiff's Cross-Motion for Summary Judgment [D.E. 63] is DENIED.

Plaintiff's Motion for Reconsideration of the Magistrate's Discovery Order is **DENIED as moot**.

**SO ORDERED** this 31st day of March, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS